UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RON NIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00094-RLY-TAB |
| | ) |
| WENDY KNIGHT, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Ron Nixon, an Indiana Department of Correction (IDOC) inmate at Pendleton Correctional Facility, filed his complaint pursuant to 42 U.S.C. § 1983 on January 13, 2021. Dkt. 1. The court screened Mr. Nixon's complaint on June 9, 2021 and permitted Mr. Nixon's Eighth Amendment claims to proceed against the defendants based upon allegations that the conditions of Mr. Nixon's confinement reflect deliberate indifference to a serious threat to his health and safety. Dkt. 15 at 3. Mr. Nixon's state law negligence claims against the defendants also proceed. *Id.*

The defendants filed their answer to Mr. Nixon's complaint on August 9, 2021, and raised the affirmative defense that Mr. Nixon failed to exhaust his available administrative remedies as required under the Prison Litigation Reform Act before filing this action. Dkt. 23. The court then issued its Entry Directing Development of Exhaustion Defense and Issuing Partial Stay. *See* dkt. 24. Pursuant to that scheduling entry, the defendants filed their motion for summary judgment on exhaustion. Dkt. 27. Mr. Nixon filed his response in opposition on November 17, 2021. Dkt. 33. The defendants then filed their reply. Dkt. 35.

On December 7, 2021, Mr. Nixon filed a motion for summary judgment. Dkt. 36. He references that certain counsel for the defendants appeared and withdrew their appearances, and

then new counsel appeared. *Id.* The Court notes that the defendants have continued to be represented by the Indiana Attorney General's Office. It is unclear to the Court what relief Mr. Nixon seeks by way of his motion, but he states that the "Defendants have not made any attempt to refute or continue the Plaintiff's civil complaint." *Id.* at 1.

To the extent Mr. Nixon seeks summary judgment on the merits of the claims in his complaint, his motion, dkt. [36] is summarily **DENIED**. The court has issued a stay in this matter pending resolution of the defendants' exhaustion defense. Dkt. 24. Specifically, the court ordered that: "Except for activities associated with the development and resolution of the defendants' affirmative defense that [Mr. Nixon] failed to exhaust his administrative remedies prior to filing this action, or any other matter directed by the Court, any other activities or deadlines in the action are **stayed**." Dkt. 24. The defendants' motion for summary judgment on exhaustion is now fully briefed, and the Court will issue its ruling resolving the issue of exhaustion in due course.

**IT IS SO ORDERED.**

Date: 12/09/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

RON NIXON
199214
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Gregory S. Loyd
INDIANA ATTORNEY GENERAL
gregory.loyd@atg.in.gov

Erica Lee Sawyer
INDIANA ATTORNEY GENERAL
Erica.Sawyer@atg.in.gov